Argued and submitted November 25, remanded for resentencing; otherwise affirmed December 31, 2008, respondent's petition for reconsideration filed February 4 allowed by opinion April 15, 2009
See 227 Or App 504, 206 P3d 282 (2009)

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

SHANE JEREMY HALL,
*Defendant-Appellant.*

Deschutes County Circuit Court
06FE0017MS; A135311

200 P3d 164

Eric Johansen, Senior Deputy Public Defender, argued the cause for appellant. With him on the brief was Peter Gartlan, Chief Defender, Legal Services Division, Office of Public Defense Services.

Tiffany Keast, Assistant Attorney General, argued the cause for respondent. With her on the brief were Hardy Myers, Attorney General, and Mary H. Williams, Solicitor General.

Before Landau, Presiding Judge, and Ortega, Judge, and Carson, Senior Judge.

PER CURIAM

## PER CURIAM

In this criminal case, defendant appeals a judgment of conviction for five counts of sexual abuse in the first degree and one count of unlawful sexual penetration in the second degree. At sentencing, based on its findings relating to the circumstances of the commission of the offenses, the trial court ordered that the sentences on certain convictions be served consecutively to the sentences on the other convictions. *See* ORS 137.123(2). On appeal, defendant contends, as he did below, that the trial court erred in imposing consecutive sentences on the basis of its own factual findings, as opposed to the jury's factual findings. The state concedes that, under *State v. Ice*, 343 Or 248, 170 P3d 1049 (2007), *cert granted*, ____ US ____ , 128 S Ct 1657 (2008), the trial court erred and that the case must be remanded for resentencing. We agree that, under *Ice*, defendant is correct and that the state's concession is appropriate.

Remanded for resentencing; otherwise affirmed.